IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER BUDER, *et al.*,<br>                               Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>                               Defendant. | Case No. 1:23-CV-10890 |

## NOTICE OF FILING CONSENTS TO JOIN

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individuals:

1. JACQUELINE MAURO
   216 GREEN VALLEY ROAD
   STATEN ISLAND, NY 10312
   RICHMOND COUNTY

2. LUIS MAYA
   41-25 44TH ST. APT A-4
   SUNNYSIDE, NY 11104
   QUEENS COUNTY

3. FRANK MAYNARD
   43 SUNSET AVE
   SOUTH AMBOY, NJ 8879
   MIDDLESEX COUNTY

4. JOHN MAYROSE
   167 ROOSEVELT AVE
   MASSAPEQUA PARK, NY 11762
   NASSAU COUNTY

5. MYRA MAYSONET
   2971 MARION AVE
   BRONX, NY 10458
   BRONX COUNTY

1

6. JACKSON MAZARIEGOS
   1772 DEAN STREET
   BROOKLYN, NY 11233
   KINGS COUNTY

7. VINCENT MAZZARELLA
   2476 84TH ST APT 2R
   BROOKLYN, NY 11214
   KINGS COUNTY

8. MAXIMILIAN MAZZELLA
   114 CANTERBURY DR
   SAUGERTIES, NY 12477
   ULSTER COUNTY

9. CHRISTOPHER MAZZIOTTI
   65 KERRIGAN STREET
   LONG BEACH, NY 11561
   NASSAU COUNTY

10. CHRISTINE MCALEER
    24 CODY PLACE
    STATEN ISLAND, NY 10312
    RICHMOND COUNTY

11. SEAN MCBRIDE
    130 EAST FAIRVIEW AVENUE
    VALLEY STREAM, NY 11580
    NASSAU COUNTY

12. KEITH MCCAFFERY
    70 LANCASTER RD
    COLONIA, NJ 7067
    UNION COUNTY

13. STEPHANIE MCCAFFREY
    36 BALFOUR DRIVE
    BETHPAGE, NY 11714
    NASSAU COUNTY

14. AINSWORTH MCCALLA
    5 SADORE LANE (APT:6C)
    YONKERS, NY 10710
    WESTCHESTER COUNTY

15. SHAVEL MCCALLUM
    1112 BAY 32ND PL
    QUEENS, NY 11691
    QUEENS COUNTY

16. AMANDA MCCARTHY
    153-37 82 STREET
    HOWARD BEACH, NY 11414
    QUEENS COUNTY

17. DAVID MCCARTHY
    12-32 ESTATES LANE, APT 2
    BAYSIDE, NY 11360
    QUEENS COUNTY

18. MATTHEW MCCARTHY
    68 KIRSHON AVE
    STATEN ISLAND, NY 10314
    RICHMOND COUNTY

19. JHALEESA MCCLAIN
    335 E 166TH ST #4D
    BRONX, NY 10456
    BRONX COUNTY

20. MELODY MCCLOUD
    730 4TH APT 4
    BROOKLYN, NY 11232
    KINGS COUNTY

21. JOHN MCCONNELL
    43 READ AVENUE
    TUCKAHOE, NY 10707
    WESTCHESTER COUNTY

22. ANASTASIA MCCORMACK
    10 HAWKINS PATH
    CORAM, NY 11727
    SUFFOLK COUNTY

23. JUSTINE MCCORMACK
    249 N MIDDLETOWN ROAD APT 12C
    NANUET, NY 10954
    ROCKLAND COUNTY

24. MICHAEL MCCORMACK
    225 71 ST
    BROOKLYN, NY 11209
    KINGS COUNTY

25. DYLAN MCCOY
    115 BAY AVENUE
    EAST MORICHES, NY 11940
    SUFFOLK COUNTY

The Consent to Sue forms for all of the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: December 28, 2023                    Respectfully submitted,

                                            *s/ Sara L. Faulman*
                                            Molly A. Elkin*
                                            Sara L. Faulman
                                            Sarah M. Block
                                            Sophia Serrao*
                                            McGILLIVARY STEELE ELKIN LLP
                                            1101 Vermont Ave., N.W.
                                            Suite 1000
                                            Washington, DC 20005
                                            Phone: (202) 833-8855
                                            mae@mselaborlaw.com
                                            slf@mselaborlaw.com
                                            smb@mselaborlaw.com
                                            ss@mselaborlaw.com
                                            *Pro Hac Vice motions forthcoming*

                                            *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2023, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

/s/ *Sara L. Faulman*
Sara L. Faulman
