IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER BUDER, *et al.*,<br>                    Plaintiffs,<br><br>v.<br><br>CITY OF NEW YORK, *et al.*,<br><br>                    Defendants. | Case No. 1:23-cv-10890 |

### NOTICE OF FILING CONSENTS TO JOIN

The Plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individuals:

1. ITENE GIAMBALVO
   91 BURKE AVENUE
   STATEN ISLAND, NY 10314
   RICHMOND COUNTY

2. JOHN GILBERT
   111 WOODALE AVENUE
   PEEKSKILL, NY 10566
   WESTCHESTER COUNTY

3. MARCO GIRAO
   7 TERRICH COURT
   OSSINING, NY 10562
   WESTCHESTER COUNTY

4. ANNEMARIE GIRGENTI
   454 2ND AVE
   MASSAPEQUA PARK, NY 11762
   NASSAU COUNTY

5. MASON GLENN
   89 MORGAN WAY
   PORT JERVIS, NY 12771
   ORANGE COUNTY

6. JOHN GLOVER
   577 PATTERSON ST
   EAST MEADOW, NY 11554
   NASSAU COUNTY

7. OSWALDO GOATACHE SEGURA
   637 E 234TH ST
   BRONX, NY 10466
   BRONX COUNTY

8. JACK GOLDEN
   3584 TUSCALA STREET
   SEAFORD, NY 11783
   NASSAU COUNTY

9. EDWIN GOMEZ
   1 GOLFWOOD COURT
   INWOOD, NY 11096
   NASSAU COUNTY

10. KANDIS GONZALES
    250 WINFRED AVE
    YONKERS, NY 10704
    WESTCHESTER COUNTY

11. DANIEL GONZALEZ
    1146 CLINTON TERR
    SOUTH PLAINFIELD, NJ 0
    MIDDLESEX COUNTY

12. GIOVANNA GONZALEZ
    5553 TROUSDALE DR.
    BRENTWOOD, TN 37027
    WILLIAMSON COUNTY

13. JEFFREY GONZALEZ
    4801 6TH AVENUE
    BROOKLYN, NY 11220
    KINGS COUNTY

14. KENNETH GONZALEZ
    56 15TH AVENUE
    WEST BABYLON, NY 11704
    SUFFOLK COUNTY

15. LUIS GONZALEZ
    2730 CRUGER AVE
    BRONX, NY 10467
    BRONX COUNTY

16. JOSE GONZALEZROSA
    260 MOTHER GASTON BOULEVARD, 10A
    BROOKLYN, NY 11212
    KINGS COUNTY

17. GARY GOODWIN
    9 HIGH ROSE RIDGE WAY
    MIDDLETOWN, NY 10940
    ORANGE COUNTY

18. ANTHONY GORDON
    11950 225 STREET
    CAMBRIA HEIGHTS, NY 11411
    QUEENS COUNTY

19. CODY GOTTSCH
    1161 WEBBER AVE
    SOUTH HEMPSTEAD, NY 11550
    NASSAU COUNTY

20. SAMMY GOUNDEN
    101-27 120 ST
    RICHMOND HILL, NY 11419
    QUEENS COUNTY

21. MICHAEL GRANT
    693 EAST 95 STREETS
    BROOKLYN, NY 11236
    KINGS COUNTY

22. JAZZMIN GREEN
    180 E 17TH STREET
    BROOKLYN, NY 11226
    KINGS COUNTY

23. JUSTIN GREEN
    106-56 DITMARS BLVD
    EAST ELMHURST, NY 11369
    QUEENS COUNTY

24. THOMAS GREENE
    661 HOOVER ST
    EAST MEADOW, NY 11554
    NASSAU COUNTY

The Consent to Sue forms for all of the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: January 17, 2024            Respectfully submitted,

                                                  *s/ Sara L. Faulman*
                                                  Molly A. Elkin*
                                                  Sara L. Faulman
                                                  Sarah M. Block
                                                  Sophia Serrao*
                                                  McGILLIVARY STEELE ELKIN LLP
                                                  1101 Vermont Ave., N.W.
                                                  Suite 1000
                                                  Washington, DC 20005
                                                  Phone: (202) 833-8855
                                                  mae@mselaborlaw.com
                                                  slf@mselaborlaw.com
                                                  smb@mselaborlaw.com
                                                  ss@mselaborlaw.com
                                                  *\*Pro Hac Vice motions forthcoming*

                                                  *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2024, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

/s/ *Sara L. Faulman*
Sara L. Faulman