# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Soler_____Arnaldo_____N/A_____
           Last Name         First        Middle

HOME ADDRESS ___14 Franklin lane_____

      Otisville_____NY_____10963_____
        City        State      Zip Code

SIGNATURE ___*DocuSigned by:*_____
               C755C18433EE44A...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Sosa                Leslie                N/a
         Last Name         First              Middle

HOME ADDRESS   99Marble Hill Ave

         Bronx          NY        10463
          City          State     Zip Code

SIGNATURE   _[DocuSigned by signature]_
            58707E893E14440...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Sotira_____Anthony_____Vincent_____
               Last Name                    First                          Middle

HOME ADDRESS _280 Guy Lombardo Ave Apt 4H_____

_____Freeport_____Ny_____11520_____
           City                          State              Zip Code

SIGNATURE_[signature] _____
00F2D066CDFB4FB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Soto                    Jose                    N/a
            Last Name          First               Middle

HOME ADDRESS   1325 nepperhan ave

            Yonkers         Ny        10703
            City           State      Zip Code

SIGNATURE  _Jose Soto_
            AE6CABF9541E4B6...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Soto Jr_____Robert_____N/A_____
              Last Name          First            Middle

HOME ADDRESS ___920 Metcalf ave apt 17G_____

        ___Bronx_____NY_____10473_____
           City          State      Zip Code

SIGNATURE ___[signature] DocuSigned by: F1BECEC5ADC44A0..._____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Soto                          Steven                     Osvaldo
            Last Name              First                        Middle

HOME ADDRESS  17-24 Stanhope street

          Ridgewood            Ny           11385
            City                State       Zip Code

SIGNATURE  _DocuSigned by:_
              B030ED412C494BC...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ‾‾Soto‾‾‾‾‾‾‾‾‾‾‾‾‾‾Taylor‾‾‾‾‾‾‾‾‾‾‾Elizabeth‾‾‾‾‾‾‾‾‾
           Last Name         First          Middle

HOME ADDRESS ‾1114 texas palmyra hwy ste 360‾‾‾‾‾‾‾‾

       Honesdale‾‾‾‾‾‾‾PA‾‾‾‾‾18341‾‾‾‾‾‾
         City       State    Zip Code

SIGNATURE ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

DocuSigned by:
3BBC5E09252E460...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Sotomayor_____Bryan_____Joseph_____
         Last Name            First                Middle

HOME ADDRESS ___2365 East 13th Street, Apt. 6T_____

       ___Brooklyn_____NY_____11229_____
              City               State        Zip Code

SIGNATURE___[DocuSigned signature]_____
            59603EC1FC734BD...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Spanos          Connor          Stephen
          Last Name        First        Middle

HOME ADDRESS  22 Homestead Lane

     New Coty        NY       10956
      City        State      Zip Code

SIGNATURE _____
DocuSigned by:
870C02DFEFC9424...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Sparnroft_____Daniel_____Liam_____

                Last Name           First           Middle

HOME ADDRESS ___1675 Stephen Street_____

         Ridgewood_____NY_____11385_____

          City        State    Zip Code

SIGNATURE ___[DocuSigned by signature] A6D9874A07E844A..._____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Spencer_____Joseph_____Thomas_____
         Last Name         First              Middle

HOME ADDRESS ___461 Montauk Hwy_____

         West Sayville         NY         11796
            City              State       Zip Code

SIGNATURE ___[DocuSigned by signature]_____
            CFFDEE66A59E461...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME __Spillane_____Pierse_____p_____
           Last Name          First          Middle

HOME ADDRESS __33 Hunderfund Lane_____

        Pearl River_____NY_____10965_____
          City        State     Zip Code

SIGNATURE __[DocuSigned by: signature]_____
            6FD1F9CEA2D948F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Spooner                    David                    C
           Last Name            First            Middle

HOME ADDRESS  2 Chase Dr   Apt 52C

        Fishkill            Ny            12524
          City            State            Zip Code

SIGNATURE  *DocuSigned by: David C Spooner*
0F43B58F158640B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___St. Cyr_____Simon_____Jelani_____
              Last Name            First                      Middle

HOME ADDRESS ___66 St. Paul's Place APT 3G_____

              ___Brooklyn_____NY_____11226_____
                   City                State            Zip Code

SIGNATURE ___Simon J. St. Cyr_____
              DocuSigned by:
              602FFEB828A648F...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Stack                           Ryan                    Joseph
_____
              Last Name              First                    Middle

HOME ADDRESS  1 lawn place
_____

              Hicksville          NY          11801
_____
                 City              State        Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Christopher            Stanczuk         Ryan
               Last Name         First         Middle

HOME ADDRESS  1067 Jackson street

         Baldwin        NY        11510
          City        State      Zip Code

SIGNATURE
DocuSigned by:
ADF70DB222A84E4...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Stark                          Brendan                    Connor
_____
              Last Name              First                      Middle

HOME ADDRESS  14 Blackheath Road
_____

         Lido Beach              New York        11561
_____
              City                State          Zip Code

SIGNATURE _____    _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Stein                    Garrett                    Charles
_____
       Last Name               First                      Middle

HOME ADDRESS   414 Livermore Ave
_____

            Staten Island          NY          10314
       _____
            City                   State       Zip Code

SIGNATURE _____

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Steinle_____Kevin_____John_____
　　　　　　Last Name　　　　　　First　　　　　　　Middle

HOME ADDRESS ___8 Wisteria Way_____

　　　　　___Commack_____Ny_____11725_____
　　　　　　City　　　　　　　　State　　　Zip Code

SIGNATURE ___*Kevin Steinle*_____
　　　　　　DocuSigned by:
　　　　　　108D38D4FB0D495...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Stephenson          Latoya          Stacy ann
_____
          Last Name          First          Middle

HOME ADDRESS 11 Bauer
_____

          Roosevelt          Ny          11575
_____
          City          State          Zip Code

SIGNATURE _____
DocuSigned by:
87035FF57C4D4D6...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Streim                    Michael                    A
               Last Name                First                    Middle

HOME ADDRESS  249 N Middletown Rd Apt C

        Pearl river            NY            10965
          City                State        Zip Code

SIGNATURE

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _Stukes_____ _Jason_____ _La Mont_____
　　　　　　Last Name　　　　　　　　First　　　　　　　　　Middle

HOME ADDRESS _273 Meacham Ave. Apt. 1L_____

　　　　　_Elmont_____ _NY_____ _11003_____
　　　　　　　City　　　　　　　　State　　　　Zip Code

SIGNATURE _[signature] DocuSigned by:_____
　　　　　　CF1550FB24754B1...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Suarez_____Danny_____Rufo_____

               Last Name         First          Middle

HOME ADDRESS ___4235 Monticello Ave_____

         Bronx_____NY_____10466_____

          City        State     Zip Code

SIGNATURE___[signature]_____

DocuSigned by:
F4C4F663309D402...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Suero_____Adrian_____Jose_____
                Last Name          First              Middle

HOME ADDRESS ___15 Colonial Ct_____

        Woodbridge_____NJ_____07095_____
            City            State        Zip Code

SIGNATURE ___[DocuSigned by signature]_____
          8EEDE1D08DD24DB...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – EMT'S AND PARAMEDICS' OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  Suleman _____ Usman _____ N/A _____
           Last Name        First          Middle

HOME ADDRESS  301 Long Island Ave _____

         Holtsville _____ NY _____ 11742 _____
           City         State      Zip Code

SIGNATURE   DocuSigned by:
B74E7ED34CFF4A1...