UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER BUDER, ET AL.,                     23-cv-10890 (JGK)

          Plaintiffs,                      ORDER

- against -

THE FIRE DEPARTMENT OF THE CITY OF
NEW YORK, ET AL.,

          Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 16, 2024.

SO ORDERED.

Dated:    New York, New York
          April 2, 2024

                                              John G. Koeltl
                                     United States District Judge