UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTOPHER BUDER,　　　　　　　　　　　23-cv-10890 (JGK)

　　　　　　　　Plaintiff,　　　　　　　ORDER

　　- against -

THE FIRE DEPARTMENT OF THE CITY OF
NEW YORK, ET AL.,

　　　　　　　　Defendants.

JOHN G. KOELTL, District Judge:

　　On April 15, 2024, the Court referred the case for mediation, stayed the case, and ordered the parties to report to the Court on the status of the case within 7 days of the conclusion of mediation. ECF No. 170. Accordingly, the initial pretrial conference is canceled, and all deadlines in the case are stayed.

SO ORDERED.

Dated:　　New York, New York
　　　　　April 25, 2024

　　　　　　　　　　　　　　　　　/s/ John G. Koeltl
　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　United States District Judge