**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
CHRISTOPHER BUDER, et al.,

                Plaintiffs,                        23-CV-10890 (JGK) (OTW)

                -against-                        **ORDER**

THE FIRE DEPARTMENT OF THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

        The Court held a pre-settlement conference call on this case on January 30, 2025.

        The parties are directed to file a joint status letter by **February 3, 2025**, with three proposed dates during the weeks of March 3 and March 10 for an additional pre-settlement conference call.

        **SO ORDERED.**

                                                                           */s/ Ona T. Wang*

Dated: January 31, 2025                                                  **Ona T. Wang**
       New York, New York                             United States Magistrate Judge