**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
CHRISTOPHER BUDER,

            Plaintiff,

           -against-

THE FIRE DEPARTMENT OF THE CITY OF NEW YORK, et al.,

           Defendants.
-----------------------------------------------------------x

23-CV-10890 (JGK) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Wednesday, March 19, 2025 at 2:30 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

Dated: March 7, 2025
       New York, New York

                        *s/ Ona T. Wang*
                        **Ona T. Wang**
                        United States Magistrate Judge