**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CHRISTOPHER BUDER,

            Plaintiff,

            -against-

THE FIRE DEPARTMENT OF THE CITY OF NEW YORK, et al.,

            Defendants.
------------------------------------------------------------x

23-CV-10890 (JGK) (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a **Preliminary Settlement Conference Call on Thursday, April 10, 2025 at 2:30 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

      **SO ORDERED.**

                                                            _s/ Ona T. Wang_

Dated: March 20, 2025                                 **Ona T. Wang**
         New York, New York                    United States Magistrate Judge