**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
CHRISTOPHER BUDER, et al.,                  :
                                            :
                Plaintiffs,                 :       23-CV-10890 (OTW)
                                            :
                -against-                  :       **ORDER**
                                            :
THE FIRE DEPARTMENT OF THE CITY OF NEW      :
YORK, et al.,                               :
                                            :
                Defendants.                 :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

        The Court has reviewed the parties' joint settlement submission pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). (ECF 215). The Court has reviewed ECF 215 and finds that the proposed settlement is fair and reasonable.

        The Clerk is respectfully directed to close the case.

        **SO ORDERED.**

                                                                                   */s/ Ona T. Wang*

Dated: October 10, 2025                                 **Ona T. Wang**
       New York, New York                       United States Magistrate Judge